# United States Court of Appeals
## For the First Circuit

No. 08-1555

UNITED STATES OF AMERICA,

Appellee,

v.

LUIS CARABALLO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on December 22, 2008, is corrected as follows:

On pg. 11, l.6, "section 4A1.1" should be "section 4B1.1"